IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KEVIN PRATT, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:24-cv-2500-SHL-atc |
| CREDENCE RESOURCE MANAGEMENT, | ) |
| LLC, and KAREN NEGI, | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
DISMISSING COMPLAINT WITHOUT PREJUDICE**

Before the Court is Magistrate Judge Annie T. Christoff's Report and Recommendation ("R&R"), entered on July 30, 2025, recommending that the Court dismiss all of pro se Plaintiff Kevin Pratt's claims against Defendants for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"); the Fair Credit Reporting Act, 15 U.S.C. 1681 et seq. ("FCRA"); and the Fourth Amendment to the United States Constitution. (ECF No. 34.)

On December 13, 2024, Defendant Credence Resource Management, LLC ("CRM") filed a Motion to Dismiss Plaintiff's Complaint (ECF No. 13) and Defendant Karan Negi[1] filed a Motion for Joinder to CRM's Motion to Dismiss, adding lack of jurisdiction as another basis for dismissal (ECF No. 14). Pratt responded to CRM's Motion to Dismiss on January 29, 2025 (ECF No. 18), and CRM replied two weeks later (ECF No. 20). In his response, Pratt sought to amend his Complaint. (ECF No. 18 at PageID 121–22.)

In light of Pratt's request to amend, on June 27, the Magistrate Judge entered the Order

---

[1] Mr. Negi asserts that the case caption improperly names him as "Karen Negi." (ECF No. 14 at PageID 89.)

on Motions to Dismiss, outlining the reasons that Pratt's Complaint was deficient and subject to dismissal, while also permitting Pratt to file a proposed amended complaint by July 25. (ECF No. 32.) The Magistrate Judge warned Pratt that failure to do so may result in dismissal. (Id. at PageID 184.)

To date, Pratt has not filed a motion to amend the Complaint. Therefore, the R&R recommends that CRM's and Negi's Motions be granted, and Pratt's case be dismissed, based on the deficiencies in the Complaint outlined in the June 27th order. (ECF No. 34 at PageID 188.) The parties' deadline to object to the R&R was August 13, and no objections were filed.

A magistrate judge may submit to a district judge proposed findings of fact and recommendations for dismissal of a complaint for failure to state a claim. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects; the rest are reviewed for clear error. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Because no objections have been filed, the Court reviews the R&R in its entirety for clear error and finds none. Therefore, the Court **ADOPTS** the R&R, **GRANTS** CRM's Motion to Dismiss, and **GRANTS** Negi's Motion for Joinder. Pratt's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED,** this 25th day of August, 2025.

s/ Sheryl H. Lipman  
SHERYL H. LIPMAN  
CHIEF UNITED STATES DISTRICT JUDGE