# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KEVIN PRATT, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 2:24-cv-2500-SHL-atc |
| | ) |
| CREDENCE RESOURCE MANAGEMENT, LLC, and KAREN NEGI, | ) |
|     Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on pro se Plaintiff's Complaint (ECF No. 2), filed July 15, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Report and Recommendation and Dismissing Complaint Without Prejudice (ECF No. 35), filed August 25, 2025, all claims by Plaintiff against Defendants are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 25, 2025
Date